U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
7/11/2019 @ 2:30 PM
Hon. Robert E. Nugent, Presiding

---

Case Information:
    19-10700 Shawn T Stietz    Chapter: 13

Judge: REN    Filed: 04/24/2019     Pln Confirmed:

---

Appearances:
    Sarah L. Newell   representing   Shawn T Stietz  (Debtor)
    Carl B. Davis  (Trustee)

---

Issue(s):
    [] Meeting of Creditors & Notice of Appointment of Trustee Carl B. Davis, to be held on 05/29/2019 at 10:30 AM at Wichita Room B-56. Confirmation Hearing to be Held on 07/11/2019 at 02:30 PM at Wichita Room 150. Objection to Section 523 Due: 07/29/2019. Autogenerated

---

Notes/Decision:     Prior to hearing, announced confirmed as modified.

---

52

Courtroom Deputy: Annette Albright
ECRO: Debbie Holloway